UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD SCOTT,

                Plaintiff,

v.

KEITH DEVOS,

                Defendant.

Case No. C25-5312-DGE

ORDER DISMISSING CIVIL RIGHTS ACTION

The Court, having reviewed Plaintiff's second amended complaint, Defendant's motion to dismiss, the Report and Recommendation ("R&R") of the Honorable S. Kate Vaughan, United States Magistrate Judge, any objections thereto[1], and the remaining record, hereby finds and ORDERS as follows:

(1)     The Report and Recommendation is approved and adopted.

---

[1] Plaintiff has not filed any objections to Judge Vaughan's R&R. However, on September 25, 2025, Plaintiff filed what he characterizes as a "Notice of Withdrawal Under (42b)." (Dkt. No. 21.) Plaintiff's Notice asserts he is "inn (sic) settlement talks." (*Id.*) The meaning of Plaintiff's Notice is unclear to the Court. Local Civil Rule 42(b) relates to the Meet and Confer Requirement. Federal Rule of Civil Procedure 42(b) permits the Court to order separate trial of one or more separate issues, claims, crossclaims, counterclaims, or third-party claims.

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1

(2) Defendant's motion to dismiss (Dkt. 10) is GRANTED. Plaintiff's second amended complaint (Dkt. 8) and this action are DISMISSED with prejudice, under Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief may be granted.

(3) Plaintiff's motion to consolidate cases (Dkt. 17) is DENIED as moot.

(4) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendant, and to Judge Vaughan.

DATED this 3rd day of October, 2025.

David G. Estudillo
United States District Judge